UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**EVANGELO THOMATOS,**
                    **Plaintiff,**

-v-

**CITY OF NEW YORK, ET AL**
                    **Defendants.**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08
```

Case No. 1:07-cv-07848-(RJS)(JCF)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Francis   for the following purpose(s):

___  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

_x_  Settlement* -the parties request a conference in mid March, 2008.

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

   Particular Motion:_____

   All such motions: ____

* Do not check if already referred for general pretrial.
**SO ORDERED.**
DATED:   New York, New York
         Jan 3, 2008

                                    _____
                                    RICHARD J. SULLIVAN
                                    United States District Judge